UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

------------------------------------------------------ x
NEXomni, LLC,                                          :
                                                       :
                      Plaintiff,          :   Case No. 8:04-cv-01006-AW
                                                       :
        -against-                             :
                                                       :
Best Buy Co., Inc., Time Warner Inc.,                  :
Serious USA, Inc., Serious Europe, and                 :
Serious Asia Pte. Ltd.                                 :
                                                       :
                      Defendants.         :
------------------------------------------------------ x

## DEFENDANTS' NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS THAT CLAIMS 19 THROUGH 42 OF U.S. PATENT NO. RE38,290 ARE INVALID AND NOT INFRINGED

       PLEASE TAKE NOTICE that Defendants and Counterclaimants Best Buy Co., Inc. ("Best Buy"), Time Warner Inc. ("Time Warner"), Serious USA, Inc. ("Serious USA"), Serious Europe ("Serious Europe"), and Serious Asia PTE. Ltd. ("Serious Asia") (herein, collectively referred to as "Defendants") hereby move pursuant to Rule 12(c) of the Federal Rules of Civil Procedure for judgment on the pleadings declaring claims 19 through 42 (the "Reissue Claims") of United States Patent Number RE38,290 (the "'290 Patent") invalid and not infringed.

       Defendants respectfully seek an order and judgment declaring the Reissue Claims invalid under Section 102(b) of Title 35 of the United States Code because the claimed subject matter was described in printed publications in the United States or foreign countries more than one year prior to the earliest application filing date of the '290 Patent and therefore declaring the Defendants do not infringe the Reissue Claims.

BRMFS1 516744v1

This motion is based on this Notice of Motion, the memorandum of law and exhibits filed concurrently herewith, the pleadings, including all materials incorporated therein by reference, and such other matters of which the Court may take judicial notice.

Counsel for the moving parties has conferred with counsel for the plaintiff, but the parties have not been able to resolve this dispute.

| | |
|---|---|
| Dated: September 13, 2004 | By _____/s/_____<br>Mary Jane Saunders (Bar No. 10320)<br>Michael A. Gollin (Bar No. 11275)<br>Venable LLP<br>575 7th Street, NW<br>Washington, DC  20004<br>Tel.: (202) 344-4800<br>Fax: (202) 344-8300<br>Email:  mjsaunders@venable.com<br><br>Fred W. Whitmer<br>John L. Dauer, Jr.<br>Jon Gordon<br>Brown Raysman Millstein Felder &<br>   Steiner LLP<br>900 Third Avenue<br>New York, New York  10022<br>Tel: (212) 895-2000<br>Fax: (212) 895-2900<br>Email:  jdauer@brownraysman.com<br><br>Attorneys for Defendants and<br>Counterclaimants<br>Best Buy Co., Inc.,<br>Time Warner Inc.<br>Serious USA, Inc.,<br>Serious Europe and<br>Serious Asia Pte. Ltd. |