**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **NEXomni, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:04-cv-01006-AW |
| | ) | |
| v. | ) | |
| | ) | |
| **Best Buy Stores, L.P., Warner Home Video Inc., Serious USA, Inc., Serious Europe, and Serious Asia Pte. Ltd.,** | ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT STATUS REPORT FILED PURSUANT TO ORDER ENTERED
September 22, 2009 (#58)**

Defendants Serious USA, Inc. ("Serious USA"), Serious Europe Ltd., Serious Asia Pte. Ltd. (the "Serious Defendants"), Best Buy Stores, L.P. ("Best Buy"), and Warner Home Video Inc. ("Warner Home Video") (collectively "Defendants"), and plaintiff NEXomni, LLC, through undersigned counsel, file this joint status report pursuant to the Order of the Court entered on September 22, 2009.

1. During the course of this year the parties to this action have been negotiating in good faith in an attempt to settle all claims and the court has granted a number of requests for stay to facilitate such negotiations.

2. On June 17, 2009 the parties submitted a Joint Status Report to the Court reporting that the parties continued to negotiate in good faith and that the parties were optimistic about a possible resolution of this case.

3. On August 11, 2009 the Court entered an Order directing the parties to file a joint status report by August 21, 2009, and indicating that the court was unclear about the status of the case. On August 21, 2009 the parties submitted a status report to the Court reporting that they

had exchanged drafts of a settlement agreement, that defense counsel was in the process of revising the draft, and that the parties intended to diligently pursue the negotiation of the draft settlement agreement in good faith and believed they would be able to conclude the negotiation of the settlement agreement in the next 30 days.  On September 22, 2009 the parties reported to the Court that Serious had been shut down and was in the process of filing Chapter 7 bankruptcy proceedings.

4. On September 22, 2009 the Court entered an Order directing the parties to file a joint status report by October 22, 2009.

5. The business of the Serious Defendants has now been shut down and Serious USA filed a Chapter 7 bankruptcy petition on October 19, 2009 in the United States Bankruptcy Court for the Southern District of New York (Manhattan), voluntary petition No. 09-16234-pcb. Defendant Serious Europe (a/k/a Serious Global Holdings) has been under insolvency administration in Europe for more than a year.  Defendant Serious Asia PTE Ltd. has no assets, shareholders, employees or directors.

6. The Serious Defendants designed, manufactured and sold certain products to defendants Best Buy and Warner Home Video that are accused of infringement in this action. Serious USA has been providing a defense to Best Buy and Warner Home Video pursuant to certain agreements, including indemnification rights, relating to the sale of such products by Serious to Best Buy and Warner Home Video.  In light of the developments regarding the Serious Defendants, counsel for defendants Best Buy and Warner Home has been communicating with representatives of Best Buy and Warner Home Video to identify a future course of action regarding this case, including a possible resolution..

7. The filing of the Chapter 7 bankruptcy proceeding by the Serious USA, Inc. stays this proceeding against Serious USA..  It is Defendants' position that the case should be stayed

against all defendants at least until the Bankruptcy Trustee has had the opportunity to evaluate the impact that this case, and the indemnification rights of Warner Home Video and Best Buy, may have on the bankrupt estate. Plaintiff's counsel and defendants' counsel will also explore whether there may be other avenues for a voluntary resolution of this case.

8. The parties respectfully request a stay of the case until the Trustee in the Serious bankruptcy has had an opportunity to express a view on the potential impact this case may have on the bankrupt estate. Defendants' counsel will seek out the views of the Trustee and report back to the court.

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

By: /s/ Kirk R. Ruthenberg
　　Kirk R. Ruthenberg (Bar No. 09893)
　　1301 K Street, NW
　　Suite 600, East Tower
　　Washington, DC  20005
　　Tel: (202) 408-6410
　　Fax: (202) 408-6399
　　Email: kruthenberg@sonnenschein.com

Counsel for Defendants:
Best Buy Stores, L.P.
Warner Home Video Inc.,
Serious USA, Inc.,
Serious Europe Ltd., and
Serious Asia Pte. Ltd.

By: /s/ Robert N. Levin
　　Robert N. Levin, (Fed. Bar No. 08593)
　　Law Offices of Robert N. Levin, P.C.
　　1901 Research Boulevard
　　Suite 400
　　Rockville, MD 20850
　　Tel: (301) 517-8727
　　Fax: (301) 762-4052
　　Email: r.levin@erols.com

Counsel for Plaintiff

Dated: October 22, 2009

## **Certification**

I, Kirk R. Ruthenberg, hereby certify that the Motion for Substitution of Counsel was served electronically on October 22, 2009 using the Court's Electronic Case Filing system upon the following registered users:

- **Robert N Levin**
  r.levin@erols.com

/s/ Kirk R. Ruthenberg
Kirk R. Ruthenberg